IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE I, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>APPLE INC., *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 19-3737 (CJN)<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' JOINT MOTION TO
DISMISS FIRST AMENDED COMPLAINT**

Defendants Apple Inc., Alphabet Inc., Dell Technologies Inc., Microsoft Corp., and Tesla Inc. hereby move this Court for an order dismissing with prejudice Plaintiffs' First Amended Complaint, ECF No. 25 ("Complaint").

The Complaint should be dismissed for the reasons outlined in the accompanying Memorandum of Points and Authorities. *First*, Plaintiffs lack Article III standing and the Complaint therefore should be dismissed under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. *Second*, the Complaint fails to state a claim upon which relief can be granted and therefore should be dismissed under Federal Rule of Civil Procedure 12(b)(6).

A proposed order accompanies this motion.

August 25, 2020

Craig A. Hoover (D.C. Bar No. 386918)
Neal Kumar Katyal (D.C. Bar. No. 462071)
David M. Foster (D.C. Bar No. 497981)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5694

Respectfully submitted,

*/s/ Emily Johnson Henn*
Emily Johnson Henn (D.C. Bar No. 471077)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
ehenn@cov.com

Facsimile: (202) 637-5910
craig.hoover@hoganlovells.com

*Counsel for Alphabet Inc.*

James L. Stengel (admitted *pro hac vice*)
Darren Pouliot (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
jstengel@orrick.com

Mark Parris (admitted *pro hac vice*)
Carolyn Frantz (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone: (206) 839-4800
cfrantz@orrick.com

Upnit K. Bhatti (D.C. Bar No. 1600480)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8400
ubhatti@orrick.com

*Counsel for Microsoft Corp.*

Sean Gates (D.D.C. No. CA00051)
CHARIS LEX P.C.
301 N. Lake Avenue, Suite 1100
Pasadena, CA 91101
Telephone: (626) 508-1715
sgates@charislex.com

*Counsel for Tesla, Inc.*

John E. Hall (D.C. Bar No. 415364)
Henry Liu (D.C. Bar No. 986296)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Telephone: (202) 662-6000
jhall@cov.com
hliu@cov.com

*Counsel for Apple Inc.*

Theodore J. Boutrous Jr. (D.C. Bar No. 420440)
Perlette Michèle Jura (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
tboutrous@gibsondunn.com
pjura@gibsondunn.com

Kristin A. Linsley (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8200
klinsley@gibsondunn.com

Josh Krevitt (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
jkrevitt@gibsondunn.com

*Counsel for Dell Technologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 25, 2020, I electronically filed the foregoing with the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

| | |
|---|---|
| August 25, 2020 | Respectfully submitted, |
| | */s/ Emily Johnson Henn* <br> Emily Johnson Henn (D.C. Bar No. 471077) |