IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOE I, *et al.*, | | |
| | *Plaintiffs*, | |
| v. | | Civil Action No. 19-3737 (CJN) |
| APPLE INC., *et al.*, | | |
| | *Defendants*. | |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Dismiss the First Amended Complaint filed by Defendants Apple Inc., Alphabet Inc., Dell Technologies Inc., Microsoft Inc., and Tesla Inc., it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that the First Amended Complaint, ECF No. 25, is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____

_____
HON. CARL J. NICHOLS
United States District Judge