IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOE I, *et al.*,

          *Plaintiffs*,

    v.

APPLE INC., *et al.*,

          *Defendants*.

Civil Action No. 19-3737 (CJN)

## ALPHABET INC.'S MOTION TO DISMISS

Defendant Alphabet Inc. hereby moves this Court for an order dismissing Plaintiffs' First Amended Complaint, ECF No. 25 ("Complaint"). In addition to the reasons outlined in the Joint Motion to Dismiss, the Complaint should be dismissed because Alphabet Inc. is not a proper Defendant in this case, for the reasons set forth in the accompanying Memorandum of Points and Authorities.

A proposed order accompanies this motion.

August 25, 2020

Respectfully submitted,

/s/ Craig A. Hoover
Craig A. Hoover (D.C. Bar No. 386918)
Neal Kumar Katyal (D.C. Bar. No. 462071)
David M. Foster (D.C. Bar No. 497981)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5694
Facsimile: (202) 637-5910
craig.hoover@hoganlovells.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 25, 2020, I electronically filed the foregoing with the United States District Court for the District of Columbia by using the CM/ECF system.

August 25, 2020                                  Respectfully submitted,

                                                 /s/ Craig A. Hoover
                                                 Craig A. Hoover