IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE I, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br>　　　v.<br>APPLE INC., *et al.*,<br><br>　　　　　　　*Defendants*. | Civil Action No. 19-3737 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Alphabet Inc.'s Motion to Dismiss the First Amended Complaint, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the First Amended Complaint, ECF No. 25, is **DISMISSED** as against Alphabet Inc.

**SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　HON. CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge