# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1 et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC. et al., <br><br> Defendants | <br><br><br><br><br><br><br><br> **Case No. CV: 1:19-cv-03737 (CJN)** |

## PLAINTIFFS' OPPOSITION TO DEFENDANT ALPHABET INC.'S MOTION TO DISMISS BASED ON CORPORATE STRUCTURE

Defendant Alphabet Inc. ("Alphabet") has filed a separate Motion to Dismiss arguing that Alphabet is a mere holding company, and that, as Plaintiffs' First Amended Complaint indicates, Plaintiffs should have sued Google, LLP ("Google"), not Alphabet. ECF No. 34-1 at 2-3. Plaintiffs submit that it is by no means clear based on public filings and other publicly-available information that Alphabet is not a true parent corporation that assumed all legal responsibilities for Google following the major reorganization of the company.

However, Plaintiffs accept Alphabet's representation to the Court as true that Google remains the responsible party following the major corporate reorganization that established Alphabet. Plaintiffs hereby move the Court to provide them with leave to file a motion to amend and an amended complaint substituting Google for Alphabet following the Court's ruling on all the

pending motions to dismiss.[1] Fed. R. Civ. P. 15 (a) requires leave to amend "'shall be freely given when justice so requires.'" *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996), quoting *Foman v. Davis*, 371 U.S. 178, 182. "It is an abuse of discretion to deny leave to amend unless there is sufficient reason, such as 'undue delay, bad faith or dilatory motive ... repeated failure to cure deficiencies by [previous] amendments . . . [or] futility of amendment.'" *Id.*

Plaintiffs made a good faith and reasonable error in characterizing the relationship between Alphabet and Google, and neither Alphabet nor Google will suffer any prejudice with the proposed amendment. There will be no undue delay as the Court can still rule on all the substantive issues in the Defendants' Joint Motion to Dismiss, ECF No. 33-1, as no issue raised by the Defendants in that motion in any way turns on whether Alphabet or Google is named in Plaintiffs' First Amended Complaint. Assuming all or some of Plaintiffs' claims are not dismissed, the mere mechanical exchange of names will not cause any delay, and the only expenditure of resources by any party will be by Plaintiffs, who will act promptly in filing a motion to amend with a proposed amended complaint.[2] The case can then proceed on the merits.

Respectfully submitted this 26th day of October 2020

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
(D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Ave. NE
Washington, D.C. 20002
Phone: 202-543-5811
Email: tc@iradvocates.org

---

[1] Rather than file the motion to amend and the proposed amended complaint now, in response to Alphabet's Motion to Dismiss, judicial economy would best be served by waiting for the Court's rulings on all of the pending issues so that any necessary amendments could be made in a single amended complaint.
[2] In this amendment, Plaintiffs would also correct a minor error brought to their attention by counsel for Microsoft that the company should be referred to as Microsoft Corp., not Microsoft, Inc., as it is in the First Amended Complaint.

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2020, I electronically filed the foregoing with the United States District Court for the District of Columbia by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Date: October 26, 2020        /s/ Terrence P. Collingsworth
                                                Terrence P. Collingsworth (D.C. Bar No. 471830)
                                                INTERNATIONAL RIGHTS ADVOCATES
                                                621 Maryland Avenue, NE
                                                Washington, D.C. 20002
                                                Telephone: (202) 543-5811
                                                tc@iradvocates.org

                                                *Counsel for Plaintiffs*