IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE I, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 19-3737 (CJN) |

**DEFENDANTS' RESPONSE TO**
**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Apple Inc., Alphabet Inc., Dell Technologies Inc., Microsoft Corp., and Tesla Inc. respond to Plaintiffs' Notice of Supplemental Authority, filed on September 14, 2021. Plaintiffs submit two decisions from other districts: (1) *John Doe et. al v. Twitter, Inc.*, No. 21-CV-00485-JCS (N.D. Ca. Aug. 19, 2021) (Spero, M.J.), and (2) *Jane Doe et. al v. Mindgeek USA, Inc. et. al*, No. SACV 21-00338-CJC-ADS (C.D. Ca. Sept. 3, 2021) (Carney, J.). These decisions do not present any new analysis and involve facts and legal theories that are distinguishable from those presented here.

Both *Twitter* and *Mindgeek* involve allegations of sex trafficking and child pornography occurring on the defendants' digital platforms—a fact pattern already addressed in the parties' briefing. *See* Opp. MOL at 11 and Reply MOL at 10 (discussing *M.L. v. Craigslist Inc.,* No. C19-6153 BHS-TLF, 2020 WL 5494903 (W.D. Wash. Sept. 11, 2020)). As in *Craigslist*, both of these new decisions involve a direct contractual relationship between the defendants and the wrongdoer. *See* Pls.' Notice of Supp. Auth. at Ex. 1 (*Twitter* decision), p. 23 (wrongdoers alleged to be direct users of the digital platform); *id.* at Ex. 2 (*Mindgeek* decision), pp. 12-13 (same). This fact pattern is far from the facts of this case, where there are multiple layers of

1

independent actors between the alleged TVPRA wrongdoers and Defendants.  *See* Mot. at 26-33; Reply MOL at 14-20.

Further, the defendants in *Twitter* and *Mindgeek* were alleged to have had access to facts about specific instances of wrongdoing involving the named plaintiffs, rather than merely general, diffuse knowledge that wrongdoing occurs somewhere on their platforms.  *See* Pls.' Notice of Supp. Auth. at Ex. 1, pp. 23-24 (plaintiffs alleged that "Twitter was specifically alerted that the Videos contained sexual images of children obtained without their consent on several occasions but either failed or refused to take action"); *see also id.* at Ex. 2, p. 15 (defendants "reviewed, approved, and featured the videos of [the victim] on their platforms" and "the video depicting [the victim] that Defendants uploaded to RedTube had the word "teen" in its title and was categorized as teen pornography").  The courts found that these facts were part of a plausible claim of an "ongoing pattern of conduct amounting to a tacit agreement" regarding those plaintiffs.  Pls.' Notice of Supp. Auth. at Ex. 1, p. 24; *see also id.* at Ex. 2, p. 14.  Here, by contrast, Plaintiffs have not alleged, and cannot allege, that Defendants had any constructive knowledge about specific conduct involving specific plaintiffs that could form the basis for any such agreement.  *See* Mot. at 36-37; Reply MOL at 23-26.

For these reasons, the cases Plaintiffs submit do not support their argument that the Complaint adequately pleads facts showing that Defendants violated the TVPRA.

Dated: September 17, 2021

Respectfully submitted,

*/s/ James L. Stengel*

| | |
|---|---|
| Emily Johnson Henn (D.C. Bar No. 471077) | James L. Stengel (admitted *pro hac vice*) |
| COVINGTON & BURLING LLP | Darren Pouliot (admitted *pro hac vice*) |
| 3000 El Camino Real | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 5 Palo Alto Square, 10th Floor | 51 West 52nd Street |
| Palo Alto, CA 94306-2112 | New York, NY 10019 |

Telephone: (650) 632-4700
ehenn@cov.com

John E. Hall (D.C. Bar No. 415364)
Henry Liu (D.C. Bar No. 986296)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
jhall@cov.com
hliu@cov.com

*Counsel for Apple Inc.*

Theodore J. Boutrous Jr. (D.C. Bar No. 420440)
Perlette Michèle Jura (D.C. Bar No. 1028959)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
tboutrous@gibsondunn.com
pjura@gibsondunn.com

Kristin A. Linsley (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
klinsley@gibsondunn.com

Josh Krevitt (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
jkrevitt@gibsondunn.com

*Counsel for Dell Technologies Inc.*

Telephone: (212) 506-5000
jstengel@orrick.com

Mark Parris (admitted *pro hac vice*)
Carolyn Frantz (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
Telephone: (206) 839-4800
cfrantz@orrick.com

Upnit K. Bhatti (D.C. Bar No. 1600480)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
ubhatti@orrick.com

*Counsel for Microsoft Corp.*

Craig A. Hoover (D.C. Bar No. 386918)
Neal Kumar Katyal (D.C. Bar. No. 462071)
David M. Foster (D.C. Bar No. 497981)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5694
Facsimile: (202) 637-5910
craig.hoover@hoganlovells.com

*Counsel for Alphabet Inc.*

Sean Gates (D.D.C. No. CA00051)
CHARIS LEX P.C.
301 N. Lake Avenue, Suite 1100
Pasadena, CA 91101
Telephone: (626) 508-1715
sgates@charislex.com

*Counsel for Tesla, Inc.*