UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, et al., *Plaintiffs*, v. APPLE INC., et al., *Defendants*. | Civil Action No. 1:19-cv-03737 (CJN) |

### ORDER

This matter is before the Court on Dell Technologies, Inc.'s Motion to Dismiss, ECF No. 32, Defendants' Joint Motion to Dismiss, ECF No. 33, and Alphabet, Inc.'s Motion to Dismiss, ECF No. 34.

Accordingly, for the reasons given in the accompanying Memorandum Opinion, it is

**ORDERED** that:

Dell's Motion to Dismiss, ECF No. 32, is **GRANTED**;

Defendants' Joint Motion to Dismiss, ECF No. 33, is **GRANTED**; and

Alphabet's Motion to Dismiss, ECF No. 34, is **DENIED AS MOOT**.

The Clerk is directed to **CLOSE** this case.

This is a final, appealable order.

DATE: November 2, 2021

CARL J. NICHOLS
United States District Judge

1