# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1 et al. ,<br><br>    Plaintiffs,<br><br>  v.<br>APPLE INC. et al.,<br><br>    Defendants | **Case No. CV: 1:19-cv-03737 (CJN)** |

### NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order (ECF No. 51) and Memorandum Opinion (ECF No. 50) of this Court entered on November 2, 2021, dismissing the case with prejudice under Fed. R. Civ. P. 12 (b) and issuing a final appealable order.

DATED:  November 30, 2021    By: _____
                                                                         Terrence P. Collingsworth

**INTERNATIONAL RIGHTS ADVOCATES**
Terrence P. Collingsworth (D.C. Bar No. 471830)
621 Maryland Avenue NE
Washington, D.C. 20002
Phone: 202-255-2198
Emails: tc@iradvocates.org
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2021, I electronically filed the foregoing Notice of Appeal with the United States District Court for the District of Columbia by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Date: November 30, 2010               /s/ Terrence P. Collingsworth
                                                         Terrence P. Collingsworth (D.C. Bar No. 471830)
                                                         INTERNATIONAL RIGHTS ADVOCATES
                                                         621 Maryland Avenue, NE
                                                         Washington, D.C. 20002
                                                         Telephone: (202) 543-5811
                                                         tc@iradvocates.org

                                                         *Counsel for Plaintiffs*